FILED

AUG 0 1 2006

NF

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PEDRO VALLE, | ) | 06CV4144 |
| | ) | JUDGE BUCKLO |
| Plaintiff, | ) | MAGISTRATE JUDGE BROWN |
| | ) | |
| v. | ) | |
| | ) | Magistrate Judge |
| P.O. VALES #49, P.O. THEABEUT, | ) | |
| SGT. KAUFFMAN, and JOHN DOE 1-2, | ) | Jury Demand |
| Individually, | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT

NOW COMES the Plaintiff, PEDRO VALLE, by and through his attorneys, GREGORY E. KULIS AND ASSOCIATES, and complaining against the Defendants, P.O. VALES #49, P.O. THEABEUT, SGT.KAUFFMAN, and JOHN DOE 1-2, individually, as follows:

### COUNT I – EXCESSIVE FORCE

1) This action is brought pursuant to the Laws of the United States Constitution, specifically 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois, to redress deprivations of the Civil Rights of the Plaintiff and accomplished by acts and/or omissions of the Defendants committed under color of law.

2) Jurisdiction is based on Title 28 U.S.C. §1331 and §1343.

3) The Plaintiff, PEDRO VALLE, was at all relevant times a United States Citizen and a permanent resident of the State of Illinois.

4) The Defendants, P.O. VALES #49, P.O. THEABEUT, SGT.KAUFFMAN, and JOHN DOE 1-2, were at all relevant times duly appointed

officers of the Midlothian Police Department and at all relevant times, were acting within their scope of employment and under color of law.

5) On July 17, 2006, the Plaintiff was walking down the street at 145th & Keystone in Midlothian, Illinois.

6) The Plaintiff was not committing any crime or breaking any laws.

7) Without just cause or provocation, Defendant P.O. VALES, ran up to the Plaintiff and physically attacked him.

8) As a result, the Plaintiff was injured.

9) The force used by Defendant P.O. VALES was unprovoked, unnecessary, and excessive.

10) Said actions of Defendant P.O. VALES were intentional, willful and wanton.

11) Said actions of Defendant P.O. VALES violated the Plaintiff's Fourth Amendment Rights of the United States Constitution and were in violation of said rights protected by 42 U.S.C. §1983.

12) As a direct and proximate consequence of said conduct of Defendant, P.O. VALES, the Plaintiff, PEDRO VALLE, suffered a violation of his constitutional rights, fear, emotional anxiety, humiliation, pain, suffering and monetary loss.

WHEREFORE, the Plaintiff, PEDRO VALLE, prays for judgment in his favor and against the Defendant, P.O. VALES, individually, in an amount in excess of FIFTY THOUSAND AND 00/100 ($50,000.00) DOLLARS in compensatory damages and TWENTY FIVE THOUSAND AND 00/100 ($25,000.00) DOLLARS in punitive damages, plus attorney's fees and costs.

## COUNT II – FAILURE TO INTERVENE

1-10) The Plaintiff, PEDRO VALLE, hereby realleges and incorporate his allegations of paragraphs 1-10 of Count I as his respective allegations of paragraphs 1-10 of Count II as though fully set forth herein.

11) The Defendants, P.O. THEABEUT, SGT. KAUFFMAN and JOHN DOE 1-2, stood by and failed to intervene.

12) These Defendants had an opportunity to intervene but failed to do so.

13) Said actions of the Defendants violated the Plaintiff's Fourth Amendment Rights of the United States Constitution and were in violation of said rights protected by 42 U.S.C.§1983.

14) As a direct and proximate consequence of said conduct of the Defendants, the Plaintiff, PEDRO VALLE, suffered a violation of his constitutional rights, emotional anxiety, humiliation, fear, pain, suffering and monetary loss.

WHEREFORE the Plaintiff, PEDRO VALLE, prays that this Honorable Court grant judgment against the Defendants, P.O. THEABEUT, SGT. KAUFFMAN and JOHN DOE 1-2, jointly and severally, for compensatory damages in an amount in excess of THIRTY THOUSAND AND 00/100 ($30,000.00) DOLLARS and FIFTEEN THOUSAND AND 00/100 ($15,000.00) DOLLARS punitive damages, plus attorney's fees and costs.

## JURY DEMAND

The Plaintiff, PEDRO VALLE, hereby request trial by jury.

Respectfully submitted,

PEDRO VALLE

_____
Gregory E. Kulis
GREGORY E. KULIS AND ASSOCIATES

GREGORY E. KULIS AND ASSOCIATES
30 North LaSalle Street, Suite 2140
Chicago, Illinois 60602
(312) 580-1830