## IN THE UNITED STATES DISRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| PEDRO VALLE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 06 C 4144 |
| vs. ) | |
| ) | Judge Bucklo |
| P.O. VALES #49, P.O. THEABEUT, ) | Magistrate Judge Soat Brown |
| SGT. KAUFFMAN, and JOHN DOE 1-2, ) | |
| Individually, ) | |
| ) | |
| Defendants. ) | |

## HIPAA QUALIFIED PROTECTIVE ORDER

This cause coming to be heard on the Motion of Defendants, Officer Adam Thibo, in his individual capacity, incorrectly sued as P.O. Theabeut, Officer Jorge Velez, in his individual capacity, incorrectly sued as P.O. Vales, and Sgt. Harold Kaufman, in his individual capacity, incorrectly sued as Sgt. Kauffman, for entry of a HIPAA Qualified Protective Order, due notice having been given and the Court having jurisdiction:

**IT IS HEREBY ORDERED** that:

1) All records produced to Defendants shall be produced subject to the conditions of this order.

2) That Defendants are granted and permitted to obtain records, bills, reports, and correspondence and other written data pertaining to the health and mental care of Plaintiff, Pedro Valle, pursuant to any discovery which may occur including protected health care information.

3) That Plaintiff, Pedro Valle, shall execute a release authorization for records of the health care provider(s) if requested by Defendants.

4) This order shall apply to any records produced by a Covered Entity as defined by 45 CFR 160.103 which receives a request to produce or subpoena for protected health information.

5) The parties are prohibited from using or disclosing the protected health and mental information provided by a Covered Entity for any purpose other than this litigation.

6) The use of protected health information in this litigation shall extend to providing such information to the parties and to the parties' attorneys, witnesses, experts, consultants, court reporters, copy services, and other similar venders to parties and their attorneys, as well as the professional and support staff of the firms representing the parties and those entities. However, the protected health information shall not be provided to any of those entities unless they (1) have been provided a copy of this Qualified Protective Order and agree to its terms, (2) have a contract as an business associate with a covered entity that has provisions in accordance with the Health Insurance Portability and Accountability Act of 1996 (HIPAA) and the regulations governing HIPAA as adopted by 45 CFR 162 and 164 (the Privacy Rule); or (3) have entered into a Vendor's contract with a Business Associate of a Covered Entity under which they have assured the Business Associate that they will maintain the confidentiality of protected health information and will not use or disclose protected health information except as permitted under HIPAA and the Privacy Rule.

7) The parties, and each entity governed by this order shall destroy all of the protected health information (including all copies made) at the end of the litigation.

8) That the entry of an order shall not serve as a basis to delay the case management order, nor continue the trial date.

ENTERED: This \_\_\_\_ day of _____, 2006.

                                                                               J U D G E

This Order Prepared by:

TRIBLER ORPETT & MEYER, P.C.
Attorney for Defendants
225 West Washington Street, Suite 1300
Chicago, IL 60606
(312) 201-6400