# IN THE UNITED STATES DISRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| PEDRO VALLE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 06 C 4144 |
| vs. ) | |
| ) | Judge Bucklo |
| P.O. VALES #49, P.O. THEABEUT, ) | Magistrate Judge Soat Brown |
| SGT. KAUFFMAN, and JOHN DOE 1-2, ) | |
| Individually, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

    On the 14th day of July, 2009, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before Judge Elaine E. Bucklo or the presiding judge in courtroom 1441 in the United States District Court of Cook County, Illinois and shall then and there present the attached **Defendants' Agreed Motion for Additional Time to File Final Pre-Trial Order.**

        Respectfully submitted,

        TRIBLER ORPETT & MEYER, P.C.

        s/ William B. Oberts
        Attorney for Defendants Officer Thibo, Officer Velez
        And Sgt. Kaufman

William B. Oberts, Esq. - ARDC #6244773
TRIBLER ORPETT & MEYER, P.C.
225 West Washington Street, Suite 1300
Chicago, Illinois 60606
(312) 201-6400

## **CERTIFICATE OF SERVICE**

The undersigned attorney deposes and states that a copy of **Defendants' Notice of Motion** was served upon the following:

> Shehnaz I. Mansuri, Esq.
> Gregory E. Kulis and Associates
> 30 North LaSalle Street, Suite 2140
> Chicago, IL 60602
> smansuri@kulislawltd.com

service was accomplished pursuant to ECF as to Filing Users and complies with LR 5.5 as to any party who is not a Filing User or represented by a Filing User by mailing a copy to the above-named attorney or party of record at the address listed above, from 225 W. Washington Street, Suite 1300, Chicago, IL 60606, prior to 5:00 p.m. on July 10, 2009, with proper postage prepaid.

> s/ William B. Oberts
> Attorney for Defendants
> William B. Oberts, Esq.
> ARDC #6244723
> TRIBLER ORPET & MEYER, P.C.
> 225 W. Washington, Suite 1300
> Chicago, Illinois 60606
> (312) 201-6400
> wboberts@tribler.com